ANNETTE ALETOR
AALETOR@GORDONREES.COM

**GORDON & REES** LLP

ATTORNEYS AT LAW
1 BATTERY PARK PLAZA
28TH FLOOR
NEW YORK, NY 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GORDONREES.COM

March 29, 2016

<u>VIA ECF</u>
Honorable Vernon S. Broderick, USDJ
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: <u>*Sohel A. Chowdhury, et al. v. Brioni Retail New York Inc., et al.*
Civil Action No. 16-cv-0344-VSB</u>

Dear Judge Broderick:

We represent the defendants in the above-referenced action brought by plaintiffs Sohel A. Chowdhury and Ali Sk Liakt.

We write in order to request that the time for defendants to answer, move or otherwise respond to plaintiffs' complaint, which is presently set for March 30, 2016, be extended to and include April 30, 2016. Plaintiffs' counsel consents to this request and acknowledged his consent via stipulation. No prior extension request has been made. The requested extension does not affect any other scheduled dates.

We thank the Court for its attention to this matter.

Respectfully submitted,

Annette Aletor

AA:mf

cc: Counsel of Record (by ECF)