UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
SOHEL A. CHOWDHURY, ALI SK LIAKAT
Individually and behalf of all other persons
similarly situated,

       Plaintiffs,

 -v-            Case No.: 16-Cv-0344

BRIONI RETAIL NEW YORK INC.,
ROMAN LOOK, LTD d/b/a BRIONI
and DENNY CRUZ individually; and  **RULE 7.1 CORPORATE**
ABC CORPORATIONS #1-10, and   **DISCLOSURE STATEMENT**
JOHN DOES #1-10, Jointly and Severally,

       Defendants
---------------------------------------------------------x

 Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, as counsel for Defendant states that, upon information and belief, Brioni America Holding, Inc. (formerly known as Brioni Roman Style USA Corp.) owns 100% of BRIONI RETAIL NEW YORK, INC. (now known as "Brioni America, Inc." effective June 1, 2016.)

 Dated: New York, NY
   June 30, 2016

            Respectfully Submitted,

            GORDON & REES LLP

            By: /s/ Annette Aletor
            Mercedes Colwin
            Jay Blumenkopf
            Annette Aletor
            One Battery Park Plaza, 28th Floor
            New York, NY 10004
            (212) 269-5500

            *Attorneys for Defendants*
            BRIONI RETAIL LTD and
            DENNY CRUZ