# PECHMAN LAW GROUP PLLC
### ATTORNEYS AT LAW

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  1/17/2017

**VIA ECF**

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Chowdhury v. Cruz*, 16-CV-344 (VSB)(HBP)

Dear Judge Broderick:

    With Defendants' consent, Plaintiffs respectfully request a one-week extension of the January 16, 2017 deadline to amend the pleadings, to January 23, 2017. Defendants' counsel is currently reviewing the proposed Amended Complaint and, considering that Monday is a holiday, will need more time to determine whether or not to consent to the amendment. This is Plaintiffs' first request to extend this deadline and its extension does not affect any other deadline.

    We thank the Court for its time and consideration.

                                          Respectfully submitted,

                                          Lillian M. Marquez

cc:    All Counsel of Record (via ECF)