UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
SOHEL A. CHOWDHURY and
ALI SK LIAKAT, individually and on behalf of
all others similarly situated,

                      Plaintiffs,

       -against-

DENNY CRUZ, BRIONI RETAIL NEW YORK
INC., ROMAN LOOK LTD d/b/a BRIONI,
ABC CORPORATIONS #1-10, JOHN DOES
#1-10,
                      Defendants.
----------------------------------------------------------X

16 CIV. 344 (VSB)(HBP)

STIPULATION TO
AMENDMENT AND
EXTENSION OF TIME TO
ANSWER

IT IS HEREBY STIPULATED AND AGREED by Defendants Denny Cruz, Brioni Retail New York Inc. and Roman Look Ltd. d/b/a Brioni ("Defendants") that Defendants consent to the filing of Plaintiffs' Amended Complaint. It is further stipulated and agreed that Defendants' counsel accepts service of the Amended Complaint on behalf of the newly-named defendants of the Amended Complaint and have until February 23, 2017 to answer the Amended Complaint.

GORDON & REES

By: _____
Jay Blumenkopf
Francis Giambalvo
1 Battery Park Plaza, 28th Floor
New York, New York 10004
Telephone: (212) 269-5500
Facsimile: (212) 269-5505
jblumenkopf@gordonrees.com
fgiambalvo@gordonrees.com
*Attorney for Defendants*

PECHMAN LAW GROUP PLLC

By: _____
Louis Pechman
Lillian M. Marquez
488 Madison Avenue
New York, New York 10022
Telephone: (212) 583-9500
Facsimile: (212) 308-8582
pechman@pechmanlaw.com
marquez@pechmanlaw.com
*Attorneys for Plaintiffs*

SO ORDERED:

_____
HON. VERNON S. BRODERICK 1/26/2017
UNITED STATES DISTRICT JUDGE

JS