# PECHMAN LAW GROUP PLLC
### ATTORNEYS AT LAW

488 MADISON AVENUE
NEW YORK, NEW YORK 10022
(212) 583-9500
WWW.PECHMANLAW.COM

February 6, 2017

**VIA ECF**

Honorable Henry Pitman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *Chowdhury v. Cruz*, 16-CV-344 (VSB)(HBP)

Dear Judge Pitman:

With Defendants' consent, Plaintiffs respectfully request an adjournment of the March 6, 2017 settlement conference in the above-referenced matter. Although Plaintiffs did not receive documents requested informally, we expect responses to our formal discovery requests by February 15, 2017, leaving insufficient time for Plaintiffs to adequately review the production and conduct a deposition prior to the upcoming March 6, 2017 settlement conference.

To ensure that the conference is most effective, Plaintiffs request that the conference be adjourned to early April. We thank the Court for its time and consideration.

Respectfully submitted,

Louis Pechman

cc:   All Counsel of Record (via ECF)